IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM O.,                          )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Civil Action No. 3:23-cv-210–HEH
                                     )
MARTIN O'MALLEY,                     )
Commissioner of Social Security,     )
                                     )
        Defendant.                   )
_____  )

## ORDER
### (Adopting in Part and Rejecting in Part Magistrate Judge's Report and Recommendation)

This matter is before the Court on the Report and Recommendation of the

Magistrate Judge (ECF No. 17), filed on December 21, 2023, and Plaintiff's Objection to

the Report and Recommendation, filed on January 4, 2024 (ECF No. 18).  Upon due

consideration and for the reasons stated in the accompanying Memorandum Opinion, it is

hereby ORDERED that:

(1)  The Report and Recommendation of the Magistrate Judge (ECF No. 17) is
     ADOPTED IN PART and REJECTED IN PART;
(2)  Plaintiff's Motion for Summary Judgment (ECF No. 8) is DENIED;
(3)  Defendant's Motion for Summary Judgment (ECF No. 11) is DENIED; and
(4)  This case is REMANDED to the Commissioner of the Social Security
     Administration to conduct a consistency analysis of Dr. Johnson's opinion,
     Dr. Bleecher's opinion, and Counselor Bardenheier's opinion.

The Clerk is DIRECTED to send a copy of this Order and the accompanying

Memorandum Opinion to all counsel of record.

It is so ORDERED.

_____ /s/

Henry E. Hudson
Senior United States District Judge

Date: March 25, 2024
Richmond, Virginia

2